# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2013

### NO.  03-12-00788-CV

**Garden Ridge, LP; Garden Ridge Corporation; and
Garden Ridge Management, LLC, Appellants**

**v.**

**Rightson, LLC, Appellee**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE ROSE**

**THIS DAY** came to be submitted the parties' joint motion to dismiss the appeal in the above

cause, and the Court having fully considered said motion is of the opinion that same should be

granted.  **IT IS THEREFORE** ordered that said motion is granted and that the appeal is

dismissed.  It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both

in this Court and the court below, and that this decision be certified below for observance.